

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00056-CR

Alicia Angelita **ARREDONDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11898
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED.

SIGNED August 6, 2025.

_____
Irene Rios, Justice